ROBERT S. WALSKY AND STANLEY I. HARRIS, PLAIN-
TIFFS-RESPONDENTS, v. THE PASCACK VALLEY HOS-
PITAL *ET AL.*, DEFENDANTS-APPELLANTS.

DR. LEONARD DI GIOVANNI, PLAINTIFF-RESPONDENT, v.
PASCACK VALLEY HOSPITAL, DEFENDANT-APPEL-
LANT.

Superior Court of New Jersey
Appellate Division

Argued January 24, 1978—Decided February 8, 1978.

Before Judges LORA, SEIDMAN and MILMED.

*Mr. Burton L. Eichler* argued the cause for appellants
(*Messrs. Brach, Eichler, Rosenberg & Silver,* attorneys; *Mr.
H. Neil Broder* on the brief).

*Mr. Vincent P. Rigolosi* argued the cause for plaintiffs-
respondents Robert S. Walsky and Stanley I. Harris (*Messrs.
Picinich* and *Rigolosi,* attorneys).

*Mr. Charles F. Sheeler* argued the cause for plaintiff-re-
spondent Dr. Leonard Di Giovanni (*Messrs. Hogger* and
*Sheeler,* attorneys).

PER CURIAM. The judgment is affirmed substantially for
the reasons expressed by Judge Gelman in his opinion
reported at 145 *N. J. Super.* 393 (Ch. Div. 1976).